911 F.2d 732
 Duvoisin (Thomas E.)
v.
Kennerly, Montgomery, Howard and Finley, Kennerly (W.W.),
Howard (Lewis S.), Finley (Robert A.), Ridge (C.A., Jr.),
Galyon (L. Anderson, III), Lowe (Darryl G.), Cravens (Thomas
C., III), Taylor (Alexander M.), Tallent (Jack M., II),
Thomas (Wendell, Jr.), Montgomery (Mary), Estate of
Montgomery (George D.), U.S.
 NOS. 90-5940, 90-5842
 United States Court of Appeals,
Sixth Circuit.
 AUG 20, 1990
 Appeal From: E.D.Tenn., 115 B.R. 930
 
 1
 APPEAL DISMISSED.